**Order issued July 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00182-CR

---

### TRAVIS LEE ANDERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F12-50734-J

---

## ORDER
Before Justices Lang, Brown, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the August 8, 2014 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Travis Lee Anderson, TDCJ No. 10906055, Tulia Transfer Facility, 4000 Hwy 86 West, Tulia, Texas 79088.

/Ada Brown/
ADA BROWN
JUSTICE